IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
  Plaintiff

vs.                                                        CIVIL NO. 97-1209 (GG)

GILBERTO MALAVET MUÑOZ
  Defendant

<u>ORDER</u>

| MOTION | RULING |
|---|---|
| Date Filed: May 23, 2002<br>Docket: #18<br>[X] Plaintiff   [] Defendants   [] Joint<br><br>Title: Notice to the Court and Request to Close File for Any Administrative Purpose | GRANTED. |

GILBERTO GIERBOLINI
Senior U.S. District Judge

Date: May 29, 2002

Rec'd:         EOD:

By:    # 19