UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GILBERTO MALAVE NUNEZ<br><br>Defendant | CIVIL NO. 97-1209 (GG)<br><br>FORECLOSURE OF MORTGAGE |

<u>U.S.A'S MOTION REQUESTING CONTINUATION OF FORECLOSURE</u>

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and most respectfully notifies this Honorable Court as follows:

1. The instant case was stayed due to the fact that defendant Gilberto Malave Nuñez filed bankruptcy case number B98-12250 (GAC).

2. The United States of America informs this Honorable Court that on April 17, 2001 the Bankruptcy Court dismissed the case.

3. In view of the above the United States of America wishes to continue with foreclosure proceedings in this case.

WHEREFORE, the United States of America, respectfully prays this Honorable Court to allow plaintiff's with the continuation of

the foreclosure proceedings in the instant case to continue with the public sale.

In San Juan, Puerto Rico, this __14th__ day of May, 2004.

                          H. S. GARCIA
                          United States Attorney

                        s/ AGNES I. CORDERO
                          AGNES I. CORDERO
                          Assistant U.S. Attorney
                          U.S.D.C. No. 126101
                          Torre Chardón, Suite 1201
                          350 Carlos Chardón Street
                          San Juan, Puerto Rico 00918
                          Tel.(787)766-5656
                          Fax (787)766-6219
                          Agnes.Cordero@usdoj.gov

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2004.

                          _____
                          United States District Court Judge