IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MALAVE NUNEZ, GILBERTO

xxx-xx-5303

Debtor(s)

CASE NO. 00-06860 GAC

Chapter 7

FILED & ENTERED
APR 20 2001
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

ORDER DISMISSING CASE

The motion to dismiss filed by Wigberto Lugo Mender, trustee, (docket #19) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk close any contested matter or adversary proceeding pending in the instant case.

This order shall become effective ten (10) days after notice of the same.

SO ORDERED.

San Juan, Puerto Rico, this 17th day of April, 2001.

Gerardo A. Carlo
United States Bankruptcy Jud

cc: all creditors

Exhibit A