UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GILBERTO MALAVET NUÑEZ<br><br>Defendant | CIVIL NO.  97-1209(GG)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION REQUESTING CONFIRMATION OF SALE**

TO THE HONORABLE COURT:

COMES NOW United States of America, through its undersigned attorneys, and respectfully alleges and prays:

1) That the first scheduled public sale of the property subject of this foreclosure was held on January 12, 2005.

2) That on said first public sale the amount of $36,000.00 served as the minimum bid.

3) That on said sale, Genibert Lecusay, on behalf of BL Investment, appeared and offered the amount of $42,000.00 as bid.

4) This being the highest bid received the sale was awarded to Genibert Lecusay on behalf of BL Investment.

5) We are hereby attaching copies of the following documents:

    a.    Affidavit of Publication;
    b.    Marshal's Return of Sale;
    c.    Auction Record.

U.S. v. Gilberto Malavet Nuñez
Civil No. 97-1209(JAF)
page 2

WHEREFORE, the United States of America respectfully requests from this Honorable Court the confirmation of the sale.

In San Juan, Puerto Rico, this 15th day of February , 2005.

H.S. GARCIA
United States Attorney

S\REBECCA VARGAS VERA
REBECCA VARGAS VERA
Assistant U.S. Attorney
U.S.D.C. NO. 203307
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Rebecca.Vargas@usdoj.gov