UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CIVIL NUMNO. 97-1209 (GG)
UNITED STATES OF AMERICA (RURAL DEVELOPMENT)

VS.

GILBERTO MALAVE NUÑÈZ

FORECLOSURE OF MORTGAGE

# AFFIDAVIT

I, Marilisa Román, of legal age, married, employee and resident of Bayamón, Puerto Rico, do solemnly swear:

That my name is the above mentioned and my personal circumstances are those as stated. That I am an Employee, of "EL NUEVO DIA", newspaper of General Circulation in the Island of Puerto Rico, and that position in Advertising and Legal Notice Department Supervisor and I am in charge of the advertisement.

I also declare that in the edition of this newspaper corresponding

**DECEMBER 15, 22, 29, 2004, & JANUARY 5, 2005**

an advertisement was published that deals with the following:

**HERMAN J. WISHING, UNITED STATES MARSHAL, BY: ROBERTO, SCHIMIDT, LEGAL TECHICIAN**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this _____ day of __JAN 1 3 2005__, 20_____.

_____Marilisa Román_____

Affidavit No. __44,241__

Acknowledged and sworn to before me by Marilisa Román and resident of Bayamón, Puerto Rico, whom I know personally.0000

Guaynabo, P.R. __JAN 1 3 2005__ 19___

_____
NOTARY PUBLIC

