U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. 97-1209(GG) |
| DEFENDANT | TYPE OF PROCESS |
| GILBERTO MALAVE NUÑEZ | WRIT OF EXECUTION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARSHAL, SUPERIOR COURT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ARECIBO PART, ARECIBO, PR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

REBECCA VARGAS VERA
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos E. Chardón Street
Hato Rey, PR  00918
Attn: Foreclosure Unit/GGB/RLP
Claim No. 2003v00296

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE EXECUTE WRIT OF EXECUTION AND CONDUCT JUDICIAL SALE AS MANDATED IN THE WRIT, EXECUTE AT ADDRESS INDICATED ABOVE.

Signature of Attorney other Originator requesting service on behalf of:
REBECCA VARGAS VERA
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (787) 766-5656
DATE: 11/12/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | R.S. | 11-24-04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 01/12/05
Time: 2:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $135.00 | $36.00 | $4.10 | $175.10 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

# United States Marshals Service
# Return

Case no.: CV: 97-1209(GG)

    I, Jose Barreto, a duly sworn and authorized Deputy U.S. Marshal, does hereby certify and state, that I offered for sale in Public Auction, the property described in the Order/Notice of Sale or Writ of execution attached hereto and made part of this return as ordered by the United States District Court District of Puerto Rico.

    Also, that said Notice of Sale was published as required and is supported by the accompanying Affidavit of Publication. Further, that the sale began at the hour of 2:00 pm on the 12th day of January, 2005; when I offered for sale said property in Public Auction and that I received from Mr. Genibert Lecusay, in representation of BL Investment., the amount of $ 42,000.00 . Such amount was offered as the highest bid and that being the highest bid received, the sale was awarded to him.

    Marshal's fees, indicated below, will be deducted from the case deposit on hand or the proceeds of the sale, whichever is deemed appropriate, after confirmed by the Court.

## MARSHAL'S FEES

| | |
|---|---|
| Highest Bid | $42,000.00 |
| 3% OF 1ST $1,000.00 | $30.00 |
| 1 ½ % of remaining balance | $615.00 |
| Execution of sale fee (1 hours X $45.00) | $135.00 |
| Total Mileage (including endeavors)@ $0.325 | $36.00 |
| Tolls (including endeavors) | $4.10 |
| Other Expenses | $20.00 |
| Total | $840.10 |

This at San Juan, Puerto Rico on January 12, 2005.

HERMAN J WIRSHING
United States Marshal

By: /s/ Jose R. Barreto
Deputy U.S. Marshal