# AUCTION RECORD

(1ST) (2ND) (3RD) SALE

CASE NO. 97-1209 GG   DATE: 01/12/05   TIMES START 2:00 PM   END _____

CASE TITLE: U.S.A. vs GILBERTO MALAVE NUÑEZ

### RECORD OF ATTENDANCE

| NAME: (PRINTED) | SIGNATURE | TELEPHONE | ADDRESS |
|---|---|---|---|
| 1) Salvador Quintana | Quintana | (787) 898-3222 | 80 Avenidas Munoz Rivera Comunas PR 00627 |
| 2) Halmer Hopper | ___ | (787) 939-6481 | P.O. Box 142921 Arecibo PR |
| 3) Genibert Lecosay (BL Inv) | Genibert | (787) 253-9532 | Carolina |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |
| 9) | | | |
| 10) | | | |

**RECORD OF BIDDING**

(1) $ 38,110.95   ( )$ ____   ( )$ ____   ( )$ ____   ( )$ ____
(2) $ 39,000.00   ( )$ ____   ( )$ ____   ( )$ ____   ( )$ ____
(3) $ 40,000.00   ( )$ ____   ( )$ ____   ( )$ ____   ( )$ ____
(2) $ 40,500.00   ( )$ ____   ( )$ ____   ( )$ ____   ( )$ ____
(3) $ 42,000      ( )$ ____   ( )$ ____   ( )$ ____   ( )$ ____

MINIMUM BID $ 36,000.00

HIGHEST BID RECEIVED $ 42,000.00 BY Genibert Lecosay - BL Investment

**U.S. MARSHAL'S EXPENSES**
SERVICE FEE .................. $ 135.00
MILEAGE @ $0.325 ............ $ 36.00
TOLLS ........................ $ 4.10
OTHER ........................ $ —
TOTAL ........................ $ 175.10

HERMAN J. WIRSHING,
U.S. MARSHAL

DEPUTY U.S. MARSHAL
Jose R. Barreto