UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GILBERTO MALAVET NUÑEZ<br><br>Defendant | CIVIL NO.  97-1209(GG)<br><br>FORECLOSURE OF MORTGAGE |

ORDER REQUESTING CONFIRMATION OF SALE

The sale of the property subject of this action on January 12, 2005, and awarded to Genibert Lecusay on behalf of BL Investment, is hereby confirmed.

In San Juan, Puerto Rico, this _____ day of _____, 2005.

_____
United States District Judge