| Standard Form 1034 Revised October 1987 Department of the Treasury 1 TFM 4-2000 | **PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL** | | VOUCHER NO. **756** |
|---|---|---|---|
| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION<br>U.S. DEPARTMENT OF JUSTICE<br>U.S. MARSHAL SERVICE<br>200 FEDERAL BLDG.<br>150 CHARDON AVENUE<br>HATO REY, P.R. 00918-1740 | DATE VOUCHER PREPARED<br>April 7, 2005 | | SCHEDULE NO. |
| | CONTRACT NUMBER AND DATE | | PAID BY<br>HERMAN WIRSHING,<br>U.S. MARSHAL |
| | REQUISITION NUMBER AND DATE | | |

Received & Filed 05 APR 18 PM 1:34 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

SYMBOL NO. 8169
4-15-05

PAYEE'S NAME AND ADDRESS:
CLERK
U.S. DISTRICT COURT
HATO REY, P.R. 00918

RECEIPT # 154487
AMOUNT: $41,159.90
APR 18 2005

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NO.

| SHIPPED FROM | TO | | WEIGHT | GOVERNMENT B/L NO. |
|---|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 97-1209 | 3/11/05 | USA(RD) VS.GILBERTO MALAVE-NUNEZ<br>---PAYMENT OF MONIES FROM 1ST PUBLIC SALE HEALD ON 1/12/05 FOR PROPERTY AWARDED TO: GENIBERT LECUSAY ON BEHALF OF: BL INVESTMENT WHO APPEARED & OFFERED THE HIGHEST BID OF: $42,000.00 MINUS $840.10 FOR THE CONCEPT OF:(USMS SERVICE FE: $195.10 AND USMS SALE COMMISSION: $645.00 | | | | |

(Use continuation sheets) if necessary) (Payee must NOT use the space below)

**TOTAL** $41159.90

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCE | |
|---|---|---|---|---|
| ☐ PROVISIONAL | = $ | = $1.00 | $ | |
| ☒ COMPLETE | BY (2) | | | |
| ☐ PARTIAL | | | Amount verified; correct for | $41,159.90 |
| ☐ FINAL | | | (Signature or initials) | |
| ☐ PROGRESS | TITLE | | | |
| ☐ ADVANCE | | | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

4/15/05
Date

Authorized Certifying Officer (2)

CDUJM
(Title)

**ACCOUNTING CLASSIFICATION**

| PAID BY | CHECK NUMBER<br>85109 | ON ACCOUNT OF U.S. TREASURY<br>$41,159.90 | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH | DATE<br>4/15/05 | PAYEE<br>15X6876------------------------------------$41,159.90 | |
| | | | PER | |
| | | | TITLE | |

(1) When stated in foreign currency, state name of currency
(2) If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his/her official title.
(3) When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name as well as the capacity in which he/she signs, must appear. For example: John Doe Company, per John.

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

SF-1034
USMS Automated 01/01

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GILBERTO MALAVET NUÑEZ<br><br>Defendant | CIVIL NO. 97-1209(GG)<br><br>FORECLOSURE OF MORTGAGE |

ORDER REQUESTING CONFIRMATION OF SALE

The sale of the property subject of this action on January 12, 2005, and awarded to Genibert Lecusay on behalf of BL Investment, is hereby confirmed.

In San Juan, Puerto Rico, this _____ day of March, 2005.

_____
United States District Judge

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ▶

To: Robert Schmidt     From: G. Garraton
Dept./Agency: USMS     Phone #:
Fax #:                 Fax #:

>> Please prepare VOUCHER
Thanks!

NSN 7540-01-317-7368     5099-101     GENERAL SERVICES ADMINISTRATION

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development) <br><br> Plaintiff <br><br> v. <br><br> GILBERTO MALAVET NUÑEZ <br><br> Defendant | CIVIL NO. 97-1209(GG) <br><br> FORECLOSURE OF MORTGAGE |

**MOTION REQUESTING CONFIRMATION OF SALE**

TO THE HONORABLE COURT:

COMES NOW United States of America, through its undersigned attorneys, and respectfully alleges and prays:

1) That the first scheduled public sale of the property subject of this foreclosure was held on January 12, 2005.

2) That on said first public sale the amount of $36,000.00 served as the minimum bid.

3) That on said sale, Genibert Lecusay, on behalf of BL Investment, appeared and offered the amount of $42,000.00 as bid.

4) This being the highest bid received the sale was awarded to Genibert Lecusay on behalf of BL Investment.

5) We are hereby attaching copies of the following documents:

    a.   Affidavit of Publication;
    b.   Marshal's Return of Sale;
    c.   Auction Record.

U.S. v. Gilberto Malavet Nuñez
Civil No. 97-1209(JAF)
page 2

WHEREFORE, the United States of America respectfully requests from this Honorable Court the confirmation of the sale.

In San Juan, Puerto Rico, this 15th day of February , 2005.

H.S. GARCIA
United States Attorney

S\REBECCA VARGAS VERA
REBECCA VARGAS VERA
Assistant U.S. Attorney
U.S.D.C. NO. 203307
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Rebecca.Vargas@usdoj.gov