UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>    Plaintiff<br><br>    v.<br><br>GILBERTO MALAVET NUÑEZ<br><br>    Defendant | CIVIL NO. 97-1209(GG)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION FOR DISBURSEMENT OF FUNDS**

TO THE HONORABLE COURT:

    COMES NOW Plaintiff, United States of America, by its undersigned attorneys and alleges and requests:

    1.   That on January 12, 2005, the mortgaged real property at Urb. El Parque lot no. 3 block B, Barceloneta, Puerto Rico, was sold at public auction by the Plaintiff of the above mentioned proceedings to Genibert Lecusay of BL Investments, for $42,000.00.

    2.   Said property is fully described in paragraph 4 of the Complaint filed by the Plaintiff in this action.

    3.   That as of the date of sale, the balance owed to plaintiff is in the principal sum of $35,217.80 of aggregate principal plus interest in the sum of $26,820.18, plus costs, plus subsidy and recapture in the amount of $8,919.00 and legal fees in the amount of $395.44 for a total balance of $70,956.98.

U.S.A. v. Gilberto Malavet Nuñez
Civil No. 97-1209(GG)
Page 2

4. That the total fees for effecting said sale amount to $840.10.

WHEREFORE, it is respectfully requested from this Honorable Court to Order the issuance of a check for $41,159.90 payable to the U.S. Department of Justice.

In San Juan, Puerto Rico, this 25th day of May, 2005.

H.S. GARCIA
United States Attorney

<u>S/REBECCA VARGAS VERA</u>
REBECCA VARGAS VERA
Assistant U.S. Attorney
U.S.D.C. NO. 203307
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787)766-5656
Fax. (787)766-6219