UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>v.<br><br>GILBERTO MALAVET NUÑEZ<br><br>Defendant | CIVIL NO. 97-1209(GG)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER FOR DISBURSEMENT OF FUNDS**

Upon motion of the United States of America, it is hereby ORDERED:

That given that the amount owed to plaintiff is in the principal sum of $35,217.80 of aggregate principal plus interest in the sum of $26,820.18, plus subsidy recapture in the amount of $8,919.00, plus costs, and legal fees in the amount of $395.44, for a total of $71,352.42 over the real property at Urb. El Parque lot no. 3, block B, Barceloneta, Puerto Rico, therefore, that a check for $41,159.90 be issued to the order of U.S. Department of Justice.

In San Juan, Puerto Rico, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE